IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

| | |
|---|---|
| JOHNNY MARVIN HENNING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 05-1022-T/An |
| ) | |
| TONY PARKER, WARDEN ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Upon motion of respondent and for good cause shown, respondent is granted leave to file the motion to dismiss one day late.

ENTERED this 13th day of May, 2005.

_____
James D. Todd
United States District Judge

APPROVED FOR ENTRY:

_____
JOHN H. BLEDSOE
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-7911
B.P.R. No. 19300

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/16/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01022 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

John H. Bledsoe
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Johnny Marvin Henning
119491
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT