IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

JOHNNY MARVIN HENNING,          )
                                )
    Petitioner,                 )
                                )
V.                              )    NO. 05-1022-T/An
                                )
TONY PARKER, WARDEN             )
                                )
    Respondent.                 )

### MOTION FOR EXTENSION OF TIME

Now comes the pro se petitioner, Johnny Marvin Henning and respectfully request an extension of time of thirty (30) days in which to file a brief and pleading in the above styled case that will be acceptable to this Honorable Court in addressing all pertinent matters as to why the petitioner should be allowed to go forward with respect to this case.

Wherefore, petitioner prays this Honorable Court will grant this motion allowing petitioner thirty (30) days in which to file a more in depth brief and/or pleading.

MOTION GRANTED
DATE: 8 June 2005
/s/ James D. Todd
James D. Todd
U.S. District Judge

Respectfully submitted,
/s/ Johnny Marvin Henning
Johnny Marvin Henning, #119491
CBCX Annex - Unit 22-48
7466 Centennial Blvd. Ext.
Nashville, TN 37209-1010

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  6/9/05

1



## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forward via 1st class U.S. Mail, postage prepaid to John H. Bledsoe, Assistant Attorney General, P.O. Box 20207, Nashville, TN 37202 on this the ____ day of _____, 2005.

                                              Johnny Marvin Henning
                                              Pro se petitioner *

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01022 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

John H. Bledsoe
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Johnny Marvin Henning
119491
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT