IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY MARVIN HENNING, | ) | |
| Petitioner, | ) | |
| VS. | ) | No. 05-1022-T/An |
| TONY PARKER, | ) | |
| Respondent. | ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

On May 20, 2005, petitioner Johnny Marvin Henning filed a notice of change of address. On June 1, 2005, he filed a motion for an additional thirty days in which to respond to the respondent's motion to dismiss. That motion was granted on June 9, 2005. However, petitioner's change of address inadvertently was not entered properly into the Court's computer docketing system and the order was sent to petitioner's old address. He did not receive it until June 27, 2005. Consequently, petitioner has moved for an additional extension of time to respond to the motion to dismiss.

Petitioner's motion for an extension of time is GRANTED. Petitioner is allowed an additional twenty (20) days after the entry of this order in which to file his response to the pending motion to dismiss.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE 29 July 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CV-01022 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

John H. Bledsoe
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Johnny Marvin Henning
CBCX Annex
119491
7466 Centennial Blvd. Ext.
Nashville, TN 37209--101

Honorable James Todd
US DISTRICT COURT